FILED
APR 10 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Criminal Case No. '08 CR 1124 - JAH |
|                                        ) | |
|           Plaintiff,                   ) | I N F O R M A T I O N |
|                                        ) | |
|      v.                                ) | Title 18, U.S.C., Sec. 911 - |
|                                        ) | False Claim to United States |
| OSCAR SALAZAR GUERRERA,                 ) | Citizenship (Felony) |
|                                        ) | |
|           Defendant.                   ) | |

The United States Attorney charges:

On or about March 13, 2008, within the Southern District of California, defendant OSCAR SALAZAR GUERRERA, did falsely and willfully represent to a Department of Homeland Security, Customs and Border Protection Officer, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:3/24/08