AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA



FILED
APR 10 2008

| UNITED STATES OF AMERICA | |
|---|---|
| v. | WAIVER OF INDICTMENT |
| OSCAR SALAZAR GUERRERA | |

CASE NUMBER: 08 CR 1124 JAH

I, OSCAR SALAZAR GUERRERA, the above named defendant, who is accused of Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 10, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Oscar Salazar G._
OSCAR SALAZAR GUERRERA
Defendant

_Robert A. Garcia_
ROBERT A. GARCIA
Counsel for Defendant

Before _____
JUDICIAL OFFICER

JDM:lml:3/24/08